# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, | |
| Plaintiff, | Case No. 25-cv-9095 |
| v. | Judge Franklin U. Valderrama |
| THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP AND UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendant. | |

## STATUS REPORT

Plaintiff submits this Status Report, prepared by Plaintiff's counsel, pursuant to the Court's September 15, 2025 Minute Order, requesting Plaintiff to inform the Court as to whether the preliminary injunction is opposed. [Dkt. No. 33].

On September 5, 2025, Plaintiff filed a Motion for Entry of a Preliminary Injunction [Dkt. No. 24] and served copies of the Summons, Complaint, Motion for Entry of a Preliminary Injunction, Memorandum in Support, and Temporary Restraining Order on the Defendant. [Dkt. Nos. 28, 32].

On September 10, 2025, the Court entered a Minute Order stating "the Court will now consider Plaintiff's motion for preliminary injunction unopposed if Defendant fails to appear and object by 9/26/2025. . . Plaintiff is directed to file a status report on 09/29/2025 as to whether the preliminary injunction is opposed." [Dkt. No. 33]. On September 15, 2025, Plaintiff served a copy of this Court's September 15, 2025 Minute Order on the Defendant and

filed a Certificate of Service. [Dkt. No. 34]

To date, Defendant has not yet appeared in this matter. As such, the Motion for Entry of

a Preliminary Injunction is unopposed.

Respectfully submitted,

Dated: September 29, 2025

By:     s/ Michael A. Hierl                                    _
        Michael A. Hierl
        William B. Kalbac
        Robert P. McMurray
        John Wilson
        Elizabeth A. Miller
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com
        Attorneys for Plaintiff
        MILWAUKEE ELECTRIC TOOL
        CORPORATION

## CERTIFICATE OF FILING

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on September 29, 2025.

s/*Michael A. Hierl*
Michael A. Hierl